pellate Division, Second Department. November 17, 1911.) Action by Morris Berkowsky against Solomon Metzendorf and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

BERMAN REALTY CO., Appellant, v. POLSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by the Berman Realty Company against Isaac Polstein. M. Feltenstein, for appellant. J. Manheim, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BERNSTEIN, Respondent, v. ADLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by Bernard Bernstein against Jacob P. Adler, impleaded with others. J. A. Seidman, for appellant. A. H. Sarasohn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BERTRAND, Respondent, v. HINCKLEY FIBRE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Dorilda Bertrand, as administrator, etc., against the Hinckley Fibre Company. No opinion. Judgment corrected, upon plaintiff's motion, by adding interest to the verdict, as provided by section 1904 of the Code of Civil Procedure, and, as corrected, the judgment and order are affirmed, with costs.

BESTE et al. v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Henry Beste and others, as trustees etc., against Agnes M. Mulligan and others, infants, etc., impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BETTS, Respondent, v. BETTS, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Anna R. Betts against Louis L. Betts. A. B. Unger, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BILDER v. ELLIS. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Nathan Bilder against Charles B. Ellis. No opinion. Motion denied. Settle order on notice. See, also, 140 App. Div. 930, 125 N. Y. Supp. 1113; 129 N. Y. Supp. 1111.

BILL, Respondent, v. HOPPMAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Alexander H. Bill against Fred W. Hoppman and others. No opinion. Judgment unanimously affirmed, with costs.

BINDRIN, Respondent, v. GALLASCH, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Maria Bindrin against Otto R. Gallasch. No opinion. Order of the Municipal Court affirmed, with costs.

BLACK, Respondent, v. BENTEL, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Robert M. Black against George E. Bentel. R. Krause, for appellant. J. Newman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 App. Div. 908, 127 N. Y. Supp. 1112.

BLACK v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Nathan S. Black against the Lehigh Valley Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., dissents.

BLACK v. SIEGEL-COOPER CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by William H. Black against the Siegel-Cooper Company. No opinion. Application denied, with $10 costs. Order signed.

BLACKMAN, Respondent, v. ALLEGANY COUNTY FARMERS' CO-OP. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by George H. Blackman against the Allegany County Farmers' Co-operative Fire Insurance Company. No opinion. Judgment and order affirmed, with costs.

BLAIN, Respondent, v. DELAWARE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Grace B. Blain against the Delaware Insurance Company. No opinion. Settled.

BLAINE, Appellant, v. MAGNESIA ASBESTOS CO. et al., Respondents. SAME v. QUALEY et al. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Actions by James G. Blaine, as ancillary executor, against the Magnesia Asbestos Company and others, and against John A. Qualey and another. C. L. Craig, for appellant. H. D. Byrnes, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

BLEECKER, Respondent, v. BLEECKER et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Elizabeth Bleecker against William R. Bleecker and another. No opinion. Interlocutory judgment unanimously affirmed, with costs.